NO IFP OR PAYMENT

NOT FOR PUBLIC RECORD, special, trade secret, proprietary, private,
priority, privileged, confidential, restricted

**Suit in Chancery**

In the District Court of the State of California

| | | |
|---|---|---|
| **FILED** | | |

CLERK, U.S. DISTRICT COURT

**02/18/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

Complainant:
Lenka Koloma
c/o 7395 El Camino Real #402
Atascadero, California
[near 93422] – without U.S.

v.

Defendant:
Shari L. Freidenrich
ORANGE COUNTY TREASURER
– TAX COLLECTOR
601 N. Ross Street
P.O. Box 1438
Santa Ana, CA 92702-1438

Bill in Equity No. 8:25-cv-00337-AB-(PVC)
_____

## Petition for Equitable Relief and Administrative Fees

*"Equity will not suffer a wrong to be without a remedy."*
Tiffany v. Town of Oyster Bay, 146 U.S. 179

Complainant, Lenka Koloma, files this Suit for Breach of Fiduciary Duty, Deprivation of Rights Under Color of Law, Violation of the Right of Self-Determination, Right to Be Left Alone, and Lack of Full Disclosure to request equitable relief and financial recoupment, and in support thereof states as follows:

### Parties

*"Equity regards the Beneficiary as the true owner."*
Westdeutsche Landesbank Girozentrale v Islington Borough Council [1996] AC 669

1. Complainant, Lenka Koloma, in esse, sui juris, beneficial equitable title holder, private American with private rights recognizable only in exclusive equity by properly seated article III judge, coming now by special visitation with clean

hands and in good faith privately as a private civilian found in Article 3, Section 2, Clause 1 of the Constitution for the United States of America; at all times complainant is in non-military zone. The complainant's rights, including the right to self-determination and privacy, have been violated by the actions of the defendant, as set forth herein. Complainant requires private civilian due process.

*"Equity acts in personam"*
Duke of Beaufort v. Duke of Beaufort (1795) 2 Ves Jr 210

2. Defendant, Shari L. Freidenrich, is an individual who resides and conducts business in County of Orange, State of California, and is a Treasurer – Tax Collector, a Trustee, who owes a fiduciary duty to the complainant. At all relevant times, the defendant was acting under color of law and in the capacity of a fiduciary.

## Jurisdiction and Venue

*"The principles of equity are applied to prevent unjust enrichment and to enforce obligations of conscience and fairness."*
McPherson v. Blacker, 146 U.S. 1 (1892)

3. This is a suit in equity arising under the constitution of the United States and that where the rights of the complainant are in jeopardy, and are those of a private American, and are of those classes which the constitution of the United States either confers or has taken under its protection and no adequate remedy for their enforcement is provided by the forms and the proceedings purely legal, the same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by the constitution of the United States, and which cannot be affected by the legislation of the emergency provisional congress, the states nor the agencies subject to the law of the district of columbia. This court has limited jurisdiction and your orator does hereby grant all in personam and subject matter jurisdiction to this court.

4. The complainant accepts your Oath of Office in full honor to uphold this constitution and treat the complainant as a private civilian under private civilian due process, non-military jurisdiction.

## Facts

*"Equity aids the vigilant, not those who slumber on their rights."*
Leaf v International Galleries [1950] 2 KB 86

5. At all relevant times, the defendant owed a fiduciary duty to the complainant in their trustee capacity as Treasurer-Tax Collector. The defendant's fiduciary

duty included the obligation to act in the best interests of the complainant, with full and fair disclosure of all material information.

6. On or about November 1, 2021, complainant initiated communication with the defendant concerning the breach of fiduciary duty and deprivation of rights under color of law concerning complainant's private property. Defendant continued to ignore complainant to knowingly and willfully engage in actions that deprived the complainant of their rights under the color of law, as follows:

     a. July 18, 2024 complainant sent 'Notice of Subrogation' to defendant via USPS Certified Mail (number 7022 2410 0000 2721 6727), received on July 26, 2024. The notice provided twenty one (21) days for response. Defendant failed and refused to respond. See attached 'Exhibit A'.

     b. October 15, 2024 complainant sent 'Notice of Tender of [Payment]' to defendant with United States Postal Money Order (number 29080506227) for Twenty One Dollars ($21) in lawful money specie for special deposit only instructing defendant to set off and discharge all the debt whether public or private and settle the account/parcel no. 690-592-33.00, received on October 22, 2024 USPS Receipt Number 9590 9402 7964 2305 2209 36. It was complainant's intent to discharge the account for less than the full amount but it would be considered payment in full. See attached 'Exhibit B'.

     c. December 10, 2024 complainant sent 'Notice of Acceptance, Exoneration and Discharge' to defendant via USPS Certified Mail (number 7022 2410 0000 2722 9567), received on December 16, 2024 USPS Receipt Number 7022 2410 0000 2722 9567. See attached 'Exhibit C'.

     d. January 13, 2025 defendant sent a letter to complainant rejecting the special deposit which is a discharge yet defendant refused to discharge the debt by which defendant breached their fiduciary duty. In this letter defendant continued to extort and threaten complainant. See attached, 'Exhibit D'.

     e. Note: A private administrative process was completed on December 14, 2021 where defendant failed to address $3,485,000 in agreed administrative fees USPS Recording Number 9590 9402 6888 1104 7574 32 as follows:

          1. "Certificate of Default in Dishonor" USPS Certified Mail (number 7021 1970 0001 0587 4192), received on December 14, 2021 (see attached 'Attachment E') including Affidavit of Truth (see attached 'Attachment F') where defendant agreed, admitted and confessed that complainant is a private American, their property is private and not commercial, income generating business

operating in commerce and not to be subjected to unlawful taxation by defendant.

2. Defendant continued to ignore complainant and instead kept sending delinquent notices with late fees and late charges assessments to create pressure, fear and public humiliation by placing a libel of a debtor in delinquency upon complainant.

3. December 2021 through July 2024 complainant continued in contact with defendant providing additional information and evidence building necessary court of record reinforcing the stated above and which is available upon request.

*"He who comes into equity must come with clean hands."*

7. The above stated actions were done in a manner that violated the complainant's right to make personal decisions free from governmental or third-party interference.

*"Equity delights in equality."*

8. The defendant's actions were done with an utter disregard for the complainant's right of self-determination. The defendant placed a libel upon the complainant as a delinquent debtor in the public eye which violated complainant's right to privacy that resulted in unwanted solicitation and harassment from bankers, realtors and attorneys for over three years.

9. The defendant utilized US Mail to send intimidating letters threatening with seizure of complainant's private property without due process whatsoever and plan to hold a public auction to publicly humiliate complainant and their family.

*"Equity abhors a forfeiture."*

10. Further, the defendant's actions violated the complainant's right to be left alone, a right that is deeply rooted in both state and federal law, including the constitutionally secured right to privacy and freedom from government intrusion.

11. The defendant failed to provide the complainant with full and fair disclosure regarding material facts that were essential for their decision making which constitutes lack of disclosure.

*"Equity will not allow statute to be used as cloak for fraud."*

12. As a result of the defendant's breach of fiduciary duty, deprivation of rights under color of law, and violation of the complainant's right to self-determination and privacy, the complainant has suffered significant harm, including but not limited to emotional distress and anxiety for over three (3) years.

*"Equity sees that as done what ought to be done."*

## Summary and Timeline

*"Equity looks to the intent rather than the form."*

The complainant, Lenka Koloma, has acted in good faith by tendering payment and providing all necessary documentation to discharge the debt. The receipt of the tender was confirmed via United States Post Service Receipt Number 7022 2410 0000 2722 9567 that was stamped confirming acceptance, discharge of the obligation and exoneration. The failure to recognize this discharge constitutes a violation of equitable principles and legal rights.

## Legal Basis

*"The jurisdiction of courts of equity is exercised in the protection of rights which cannot be protected by law."*
Pomeroy v. Sandford, 94 U.S. 440 (1877)

The complainant invokes the principles of exclusive equity jurisprudence, specifically the doctrine of equitable subrogation, which establishes that the surety's fulfillment of the financial obligation extinguishes the liability of the principal debtor.

United National Bank v. Tappan
(Supreme court of Rhode Island. June 3, 1911.) Book page 946
"The right of exoneration arises between surety and principal so soon as the surety has paid any part of the debt. Immediately on making such payment, he may bring assump— sit at law against his principal for indemnity. And he may also sue the creditor in equity for an assignment of any mortgage or collateral security for the debt, so that he may, as far as possible. be substituted in his place." Adams, Eq. p. 269.

The defendant has been threatening to infringe upon complainant's private property rights by unlawful seizure for which the complainant asserts the rights under Boyd v. United States, 116 U.S. 616 (1886), protecting private Americans against unreasonable searches and seizures, with significant consequences for officers who challenge private civilians unjustly.

## Claims for Relief

1. **Acknowledgment of Payment:**

   The court should recognize the special deposit of Twenty One Dollars ($21) in lawful money specie as full and final settlement of the debt associated with the account/parcel number 690-592-33.00.

2. **Full Accounting and Recoupment:**

   The court should order full disclosure of accounting and recoupment of all money, all rights, interests, titles, securities and credits collected since the inception of the account/parcel number 690-592-33.00.

3. **Equitable Relief**

   Enforcement of the $3,485,000 in administrative fees agreed upon during the private administrative process.

4. **Injunction**

   The court should issue injunction preventing the defendant from further violations against the complainant.

5. **Sworn Statement Requirement:**

   A court order requiring any officer or individual seeking private matters that are private and in trust to provide a sworn statement affirming the necessity and legality of their request.

### Prayer for Relief

*"Equity delights to do justice and not by halves."*
Fry v. Tapson (1884) 27 Ch D 1

The defendant Shari L. Freidenrich has profited from wrongful conduct and has breached their fiduciary duty to LENKA KOLOMA, and ultimately capitalizing on account of profits without just compensation or the expressed and/or written consent of complainant Lenka Koloma. Defendant had a duty to respond to all complainant's questions because of the legal special relationship of the parties and by not responding the defendant was in breach of trust, because the infant estate and duty of care associated therewith/thereto is an express trust. Therefore, the complainant prays to this court as complainant is entitled to the relief of damages in equity as "equity must cause equity to be, though the heavens fall"; complainant is entitled to relief for the following:

1. Official recognition of the tendered special deposit to set off, discharge of the debt and balance the ledger.

2. Disclosure of full accounting and recoupment of all money all rights, interests, titles, securities and credits collected since the inception of the account/parcel number 690-592-33.00.

3. Enforcement of the agreed administrative fees in the amount of $3,485,000.

4. An order requiring sworn statements for any future private matters requested by officers or individuals.

5. Any further relief that this honorable court deems just and equitable.

### Notice of Interest in Rights

The complainant maintains a vested interest in ensuring that the principles of equity are upheld and that the legal rights of private civilians are protected against unwarranted governmental actions. The court is hereby notified of the complainant's interests in these rights and the necessity of their protection in accordance with established legal precedents.

With the supporting affidavit, the complainant believes this court is in good conscience and good reason to aid the complainant in her prayer or show cause via facts and conclusions of equitable law why complainant is not entitled to just compensation and other equitable relief to which complainant is entitled as equitable beneficial title holder.

The court and its officers are a legal title holder of not only the express trust, but also the constructive trust. None of this information is foreign to the court, this matter must proceed in equity, failure and/or refusal to proceed at equity, under exclusive jurisdiction will constitute contempt of justice.

I declare under the laws of the United States of America that foregoing is true and correct.

Executed on this 10th day of February, 2025.


Respectfully submitted,

*[signature]* A.R.R.

Lenka Koloma, implied surety and subrogee for LENKA KOLOMA
beneficial heir to LENKA KOLOMA ESTATE TRUST
Grantor, Beneficiary
c/o 7395 El Camino Real #402
Atascadero, California [93422]
All Rights Reserved. Without Recourse.

*Enclosures:*

I.   Exhibit A - Copy of "Notice of Subrogation" dated July 18, 2024
II.  Exhibit B - Copy of "Notice of Tender" dated October 15, 2024 including copy of Postal Money Order Serial No. 29080506227
III. Exhibit C - Copy of "Notice of Acceptance, Exoneration and Discharge" dated December 10, 2024
IV.  Exhibit D - Copy of Defendant's letter dated January 13, 2025
V.   Exhibit E - Copy of "Certificate of Default in Dishonor" dated December 8, 2021
VI.  Exhibit F - Copy of "Affidavit of Truth" dated November 1, 2021

# EXHIBIT A

Certified Mail Number 7022 2410 0000 2721 6727

July 18, 2024

TO:    TREASURER - TAX COLLECTOR
       COUNTY OF ORANGE
       Attn: Shari L. Freidenrich, CPA
       601 N. Ross Street
       P.O. Box 1438
       Santa Ana, CA 92702-1438


FROM:   Lenka Koloma, Authorized Representative for LENKA KOLOMA ESTATE
        TRUST
        Rodney Arthur Schaeffer, Authorized Representative for RODNEY ARTHUR
        SCHAEFFER ESTATE TRUST
        c/o 7395 El Camino Real #402
        Atascadero, California, zip code exempt [near 93422-9998] without U.S.

Parcel                 #690-592-33.00
Federal Territory ID:   40 Finca, San Clemente, CA 92656

# Notice of Subrogation


Dear Shari,

We have previously reached out to you in error. While the unrebutted court of record stands as fact, we now realize our position as a private civilian and therefore, we am now at equity exercising our rights to my private civilian due process under Article III, Section 2 Clause 1, which we believe does not involve any taxes as this is a private trust.

You got an account that is part of an estate that we, as the surety, are going to tender all of the accounts that you have and this why we will move them into a private trust so they can be taken care of accordingly where ning the State of California will be assigned as the Trustee.

As the Grantors we have a private trust and are now now moving these accounts into this trust and this is why I need the necessary paperwork. With that I am kindly requesting that you please provide information on how to move this account into a private trust and the necessary form(s) to complete this transfer.

Also, there was a change of address for the trust and all correspondence shall be send only to the above stated address.

While this transfer is being worked on, you are herein noticed that we are the authorized representative and implied surety for Principal Debtor, LENKA KOLOMA and RODNEY A. SCHAEFFER. As implied "surety' we are not volunteers to all accounts herein pertaining to the Social Security Identified ending in 7178 and 3220. And, these arrangements without other sufficient consideration, enforced by your bond statutes, codes, regulations and Emergency Banking Act of 1933, whereby we are excluded, devolved upon me as secondarily liable for the accounts and surety thereof creating an equitable suretyship for which Surety is entitled to require the following non-negotiable and irrevocable stipulations:

1. Surety is not the Registered Agent for the accounts associated with Security Identifier ending in 7178 and 3220 and that all service of process be served upon the Principal Debtor of the State of California and Commonwealth of Pennsylvania, the Primary Debtor; and,

2. If any claim, citation, infraction, assessment, charge, levy, lien or encumbrance be brought against the Surely or Surety's property to satisfy any of the above listed account liability where it is shown that the Principal Debtor refuses to pay or is insolvent, Surety shall require that all due process be brought within the protection and security of private civilian due process of law protected under the written Constitution of the United States of America of Article III, Section 2, Subsection 1; and,

3. That any military or municipal jurisdiction proceeding by Creditors against Surety or military or municipal mode of acquiring jurisdiction over Surety to be void and abated on their face in violation of number 2 above; and,

We accept your Oath of Office to be treated as a private civilian under Article III, Section 2, Clause 1 of the United States Constitution. We also accept your bond to indemnify us in case of any breach of your fiduciary duty to serve with fidelity. You are herein noticed that we have opted out of participation in the 1933 consecration, settlement of account and that we are not dedicated to any private charitable trust. We declare our intent to remain a private civilian and to always be subject to private civilian due process, never military jurisdiction.

Furthermore, any creation of a presumed trust under the name LENKA KOLOMA and RODNEY A. SCHAEFFER is hereby declared that, I, Lenka Koloma and Rodney Schaeffer, shall be deemed the beneficiary of said name, intended for our benefit. There is no proof of the contrary. According to principles of equity, the beneficiary is considered the true owner of the trust property. Equity sees as done which ought to be done.

We also wish to address the accounting created by the general endorsement associated with our name. To resolve this matter in equity, as mentioned we will be transferring the account(s) to a private trust and once completed we will tender payment to honour our obligations and settle the account(s), through the position of the creditor in this matter. Our intention is to satisfy the financial obligations created by our signature as implied surety on the referenced account(s) associated with the parcel number #690-592-33.00. Attached herein please find Private Registered Notice of Stipulations of Surety/Subrogee as accord.

Please respond in writing under penalty of perjury, asserting a higher interest in the property or object anything stated herein within thirty (30) days of receipt of this notice, your silence will be deemed as acceptance of the terms stated in this notice and the acknowledgment that you do not have a higher interest in the said property or object.

This notice serves to inform all relevant entities but not limited to:

County of Orange
State of California

Sincerely,

Lenka Koloma, *Subrogee*                    Rodney Schaeffer, *Subrogee*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Santa Ana, CA 92702

| | | |
|---|---|---|
| Certified Mail Fee | $4.35 | 0068 |
| $ | | 29 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $10.00 | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.31 | 07/22/2024 |
| $ | | |
| Total Postage and Fees | $11.26 | |

Sent To Shari Freidenrich (TREASURER)
Street and Apt. No., or PO Box No. P.O. BOX 1438
City, State, ZIP+4® Santa Ana, CA 92702

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0000 2721 6710

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTY OF ORANGE
Attn: Shari Freidenrich
P.O. BOX 1438
Santa Ana, CA 92702

9590 9402 7964 2305 2209 81

2. Article Number *(Transfer from service label)*

7022 2410 0000 2721 6710

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature    7/26/24
X                ☐ Agent
                 ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery    7/30

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

COUNTY ORANGE
MAIL DISPATCH COURIER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT B

*Certified Mail Number 7022 2410 0000 2721 6840*

Shari L. Freidenrich                         Lenka: [Koloma], *Subrogee*
Treasurer – Tax Collector                    LENKA KOLOMA TRUST
County of Orange                             Rodney-Arthur: [Schaeffer], *Subrogee*
601 N. Ross Street                           RODNEY A. SCHAEFFER TRUST
P.O. Box 1438                                c/o 7395 El Camino Real #402
Santa Ana, California [92702-1438]           Atascadero, California [93422]
                                             without U.S.

cc:
Michelle Aquirre
Chief Executive Officer
County of Orange
400 West Civic Center Drive
Santa Ana, CA 92701-4062


October 15, 2024

**Parcel Number 690-592-33.00**


## Notice of Tender of [Payment]
### *Special Deposit*


Dear Shari,

On July 26, 2024 you received our Notice of Subrogation via Certified Mail
Number 7022 2410 0000 2721 6710 regarding our intent to honor our obligations and
settle the account(s), by stepping into the shoes of creditor in the matter of the above
stated account/parcel number **690-592-33.00**. Our intention is to satisfy the financial
obligations created by our signature as implied surety on any accounts associated with
the above mentioned parcel/account number 690-592-33.00 billed to RODNEY A.
SCHAEFFER estate/trust and LENKA KOLOMA estate/trust.


**Page one of two**

You were provided thirty days to rebut anything that you objected with by August 30, 2024 and since we have not received any such rebuttal nor objection we are herein exercising our Right of Subrogation by tendering payment via special deposit only to set off and discharge all debt incurred whether public or private via Postal Money Order Number 29080506227 for Twenty One Silver Dollars in lawful money specie, herein attached. The tendered [payment] amount comes in less than the full amount and is considered paid in full in accordance with [UCC 3-402 (b) (1) / California Commercial Code 9405, UCC 3-311 / California Commercial Code 3311 ] with accord and satisfaction.

Should there be any dispute to this tender you may sue the Primary Debtor, Commonwealth of Pennsylvania for RODNEY A. SCHAEFFER and State of California for LENKA KOLOMA within thirty (30) days of receipt of this notice, or we, Rodney-Arthur: of family [Schaeffer] and Lenka: of family [Koloma], as implied surety, are exonerated from all debts incurred public or private associated with the account/parcel number 690-592-33.00.  Our intention is to satisfy the financial obligations created by our signature as implied surety on the referenced account/cause.

Your non-response is deemed as **REFUSAL**, and **REFUSAL IS DISCHARGE** [UCC 3-603(b) / California Commercial Code 3603(b)]. We greatly appreciate your assistance in settling and bringing the account to zero in advance.

Respectfully done in good faith and honor,


By: _____          By: _____
Rodney-Arthur: [Schaeffer], *Subrogee*        Lenka: [Koloma], *Subrogee*
Beneficial Equitable Title Holder for        Beneficial Equitable Title Holder for
RODNEY A. SCHAEFFER Estate/Trust        LENKA KOLOMA Estate/Trust


*Attachment:*

Postal Money Order Number 29080506227 for Twenty One Dollars (21$) in lawful money specie [Article 1 Section X]


**Page two of two**



**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number: **29080506227**

Year, Month, Day | Post Office | U.S. Dollars and Cents

$21.00

Twenty One Dollars and 00/100 ************************

SPECIAL DEPOSIT ONLY

Pay to COUNTY OF ORANGE TREASURER UCC 3-402(b), UCC 3-311,9
Sherri Freidenrich, Tax Collector     with accord and satisfaction

Address 601 N. Ross street
P.O. Box 1438
Santa Ana, CA 92702-1438

From Rodney-Arthur, Schaefer, SubRogee
Lenka: Koloma, SubRogee
c/o 7395 El Camino Real #402
Address Atascadero California
E934-22H—w/hold U.S.

Memo Account
Parcel Number (APN) 690-592-33
40 Finca, San Clemente

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈000000800 2⑈     29080 506 2 27⑈



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Santa Ana, CA 92702

| Certified Mail Fee | $4.85 | | 0446 |
| --- | --- | --- | --- |
| | $ | $4.10 | 03 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $0.73 | | |
| $ | | | 10/16/2024 |
| Total Postage and Fees | | | |
| $8.480 FINCA | | | |

Sent To  Shari L. Freidenrich (COUNTY OF ORANGE TREASURER)
Street and Apt. No., or PO Box No.  P.O. BOX 1438
City, State, ZIP+4®  Santa Ana, CA 92702-1438

7022 2410 0000 2721 6840

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTY OF ORANGE TREASURER
Shari L. Freidenrich
601 N. Ross Street
P.O. Box 1438
Santa Ana, CA 92702

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7964 2305 2209 36

2. Article Number (Transfer from service label)

7022 2410 0000 2721 6840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     10.22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

COUNTY OF ORANGE
MAIL DISPATCH COURIER

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery                ☐ Signature Confirmation
☐ Collect on Delivery Restricted Delivery   Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053       Domestic Return Receipt

# EXHIBIT C

December 10, 2024

*Certified Mail Number:*
*7022 2410 0000 2722 9567*

Lenka Koloma, *Subrogee*
LENKA KOLOMA Estate/Trust
Rodney Arthur Schaeffer, *Subrogee*
RODNEY A. SCHAEFFER Estate, Trust
c/o 7395 El Camino Real #402
Atascadero, California state
Near [93422] – without U.S.

Shari L. Freindenrich
Treasurer, Tax Collector
County of Orange
601 N. Ross Street
P.O. Box 1438
Santa Ana, California [92702-1438]

RE: **Parcel Number 690-592-33.00**

# Notice of Acceptance, Exoneration and Discharge

Dear Shari,

Greetings.

On July 26, 2024 we served Trustee Shari L. Freidenrich, 'Notice of Subrogation' dated July 18th, 2024 served via USPS Certified Mail No. 7022 2410 0000 2721 6710 which was received and accepted and signed. It was our intent to invoke and exercise our right of equitable subrogation as implied surety by taking the shoes of creditor to set off and discharge all debt whether public and/or private associated with the account/parcel number 690-592-33.00. Suretyship is a credit transaction in which the surety has been providing bonds to the principal debtor by means of providing private credit in order for the principal debtor to enter into contracts with an obligee. By invoking suretyship the surety is retaining equitable interest for our participation in the transaction as the signer/grantor/beneficiary.

We have not received any objections nor rebuttal from Trustee Shari L. Freidenrich which is an acquiescence and agreement to our intent. With that, we served Trustee Shari L. Freidenrich Notice of Tender dated October 15, 2024 with special deposit Postal Money Order no. 29080506227 in lawful money specie in the amount of Twenty One Dollars to set off/discharge all debt pertaining to the above mentioned account,

parcel number 690-592-33.00 billed to RODNEY A. SCHAEFFER and LENKA KOLOMA, principal Debtors with Commonwealth of Pennsylvania and the State of California, being the Primary Debtors. The special deposit was received and accepted on October 22, 2024 via USPS Certified Mail Number 7022 2410 0000 2721 6840 which stands as acceptance and Trustee Shari L. Freidenrich is required to discharge the public account and exonerate the Subrogees, Rodney-Arthur: Schaeffer and Lenka Koloma pursuant to her fiduciary duty.

Refusal and/or non-response is deemed as **REFUSAL**, and **REFUSAL IS DISCHARGE** [California Commercial Code 3603(b)].

 Our intention is to satisfy the financial obligation created by a mistake due to lack of full disclosure through our signature as implied surety on the referenced account and to take the position of the creditor. The Surety intends to grant this special deposit to balance the ledger as outlined in the notice. The payment tender is less than the full amount and is satisfaction of any implied debts made by our signatures, paid in full, in accordance with accord and satisfaction.

 You were also noticed if there was any dispute regarding our tender you may sue the Primary Debtor, the STATE OF CALIFORNIA (for LENKA KOLOMA) and COMMONWEALTH OF PENNSYLVANIA (for RODNEY A. SCHAEFFER) within thirty (30) days of receipt of the notice, or we, Rodney-Arthur: Schaeffer and Lenka: Koloma, as implied surety, would be exonerated from all debts incurred whether public or private concerning the referenced Account/Parcel number. The thirty day period marked around November 15, 2024; and since you waived that offer you consented that Rodney-Arthur: Schaeffer and Lenka: Koloma are now exonerated and the debt discharged.

 It is hereby ordered that the debt is discharged, the above stated account 690-592-33.00 settled and zeroed out accordingly. We greatly appreciate your assistance and will follow up shortly to ensure Trustee, Shari L. Freidenrich, performed the necessary accounting duty as the fuduciary.

Thank you in advance.

Respectfully done in good faith,
All Rights Reserved, Without Recourse

By: _____

Rodney-Arthur: Schaeffer, *Subrogee*
Contributing heir / Beneficial Equitable
Title Holder for RODNEY A. SCHAEFFER
*Estate/Trust*

By: _____

Lenka: Koloma, *Subrogee*
Contributing heir/Beneficial Equitable
Title Holder for LENKA KOLOMA
*Estate/ Trust*

2



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Santa Ana, CA 92702

| | |
|---|---|
| Certified Mail Fee $4.85 | 0446 |
| $ $6.10 | 05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | DEC 10 2024 |
| Postage $0.73 | |
| $ | 12/10/2024 |
| Total Postage and Fees $9.88 | |

Sent To Shari L. Freidenrich (COUNTY OF ORANGE)
Street and Apt. No., or PO Box No. P.O. BOX 1438 / 601 N. Ross St.
City, State, ZIP+4® Santa Ana, CA 92702 - 1438

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 2410 0000 2722 9567

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTY OF ORANGE
TREASURER / TAX COLLECTOR
Shari L. Freidenrich
P.O. BOX 1438
601 N. Ross Street
Santa Ana, CA 92702 - 1438

9590 9402 7964 2305 2208 37

2. Article Number (Transfer from service label)
7022 2410 0000 2722 9567

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  12/16/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

COUNTY OF ORANGE
MAIL DIST. / CH COURIER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT D

# OFFICE OF THE
## TREASURER-TAX COLLECTOR

COUNTY OF ORANGE
P.O. BOX 1438
SANTA ANA, CALIFORNIA 92702-1438

(714) 834-3411

octreasurer.gov/octaxbill
ttcinfo@ttc.ocgov.com



**SHARI L. FREIDENRICH, CPA**
**TREASURER-TAX COLLECTOR**

January 13, 2025

Lenka Koloma

7395 El Camino Real #402

Atascadero, CA 93422

Dear Lenka Koloma,

We are in receipt of your letter dated October 16, 2024. Neither your letter, nor the authority cited in your letter, discharges your responsibility to pay the full amount of property taxes due on your property.

Your letter also included payments of $21.00 that appears to be intended for payment of the following property tax bill 690-592-33.00. The Tax Collector does not accept partial payment of property taxes. Accordingly, your partial payment is hereby returned to you.

You are required to pay the amount of $7,196.80 for the current fiscal year 2024-2025 taxes by 04-10-2025, and prior year delinquency of $27,384.84 by 01-31-2025. Any amount paid after the due dates will be subject to additional fees.

Sincerely,

Office of the Treasurer-Tax Collector

Enclosure: Check #29080506227 $ 21.00

"Go Green Electronically" and pay your tax bill online at no cost using a checking or savings account (eCheck) at **octreasurer.gov/octaxbill** and sign up for property tax reminders by text (charges may apply) or email at **octreasurer.gov/octaxreminder**

*Mission: Ensure safe and timely receipt, deposit, collection and investment of public funds.*

# EXHIBIT E

# *Certificate of Default*

## *in Dishonor:*

File No. SLF110121

Date: December 8th, 2021

This Certificate of Default through Dishonor and Acquiescence attaches to the undersigned's Declaration of Truth dated November 1st, 2021 and served on Respondent on November 4th, 2021 via USPS Certified Mail#7020 3160 0000 0193 7492, and wherein through Respondent's voluntary act of Dishonor and Acquiescence to said Declaration of Truth in that "Silence can only be equated with <u>Fraud</u> when there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." [<u>U.S. v Pruden</u>, 424 F.2d 1021 (1970)]

Defaults have now resulted from the following U.S. Officers and State officials;

Shari L. Freidenrich

<u>**Conclusion & Judgment**</u>: "A Declaration, if not contested in a timely manner, is considered <u>undisputed facts as a matter of law</u>." [<u>Morris v NCR</u>, 44 SW2d, 433], and "Silence can only be equated with fraud when there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." [<u>U.S. V Pruden</u>, 424 F.2d 1021 (1970)], and thusly a Declaration after thirty days becomes the final judgment in commerce. Therefore, this matter now stands res judicata, and is stare decisis, as no one served has responded to any of the facts as required in the form of a sworn Affidavit in any meaningful way of all the truths in the contents presented as required by law, thereby fully admitting to the entirety of this Declaration of Truth through their own tacit consent.

1

As the Treasurer – Tax Collector for County of Orange, California; Shari L. Freidenrich, did not meaningly attempt to respond to this lawful Declaration of Truth, which is **not** acceptable as a rebuttal of the facts submitted, and thereby Defaulted in Dishonor on said process.

With the CORPORATE and Municipal U.S. Bankruptcy and the admitted Fraud now fully established on the Record this case stands res judicta and is stare decisis, and a True Bill will issue for Damages.

All Rights Reserved without Prejudice

By: _____   ©

Lenka Koloma©, Private American National

with Rodney A. Schaeffer©, Private American National

2

# *True Bill in Commerce:*

File No. SLF110121

Date: December 8th, 2021

**Bill To:**                                    Remit To:

**Treasurer – Tax Collector,**              Lenka Koloma©
Shari L. Freidenrich                         Private American State National
County of Orange                            c/o 24881 Hamlet Way
P.O. Box 1438                               Laguna Niguel
Santa Ana, California [92702]               on California [92677] without US

### Billing Info:  Pursuant to Notice of Fee Schedule

**Transgressions Fee Schedule by Public Officials, Police Officers, Judges, Attorneys and all others who desire to contract:**

|   |   |   |   |   |
|---|---|---|---|---|
| A) Failure to Honor God-given Rights | | | | |
| | 2 counts | @ $ | 20,000 Ea. | $ **40,000.00** |
| B) Failure to Honor Oath of Office | | | | |
| | 2 counts | @ $ | 50,000 Ea. | $ **100,000.00** |
| C) Failure to Honor Constitutional Oath | | | | |
| Oath: | 2 counts | @ $ | 50,000 Ea, | $ **100,000.00** |
| D) Silence / Dishonor / Default | 2 counts | @ $ | 5,000 Ea. | $ **10,000.00** |
| E) Default by Non-Response or Incomplete Response: | | | | |
| | 1 count | @ $ | 100,000 Ea. | $ **100,000.00** |
| (F) Failure to Provide Contract Signed by the Parties | | | | |
| | 1 count | @ | $100,000 Ea. | $ **100,000.00** |

(G) Fraud

          1 count   @ $1,000,000 Ea.  $ 1,000,000.00

(H) Racketeering

          1 count   @ $1,000,000 Ea.  $ 1,000.000.00

V)  Dishonor in Commerce

          1 count   @ $1,000,000 Ea.  $ 1,000,000.00

**Services to Others and/or Corporations:**

| | | | | |
|---|---|---|---|---|
| A)  Studying: | 40 Hrs. | @ $500 per Hr. | $ | 20,000.00 |
| B)  Preparing Documents | 30 Hrs. | @ $500 per Hr. | $ | 15,000.00 |

**Total Damages Sum Certain:**   $ 3,4850,000.00

**Additional PENALTIES:**

Any **CONVERSION** for not timely paying  @ 3x Sum Certain:   $ _____

Any act of **TRESPASS** defined in Agreement @ 3x Sum Certain:  $ _____

**Adjusted Sum Certain:**   $ _____

All claims are stated in U.S. Dollars which means that a U.S. Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the U.S. Mint, which ever is the higher amount, for a certified One Ounce Silver Coin (U.S. Silver Dollar) at the time of the first day of Default as set forth herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will be assessed at Par Value as indicated above.

**Additional Damages will be assessed for any act of Criminal Trespass against Declarant, or any act of Criminal Conversion for not timely paying the Sum Certain with any other Punitive Damages due in a timely manner as specified herein,**

Payment is due 15 days after receipt and is late with a Criminal Conversion Penalty added after 30 days.

4

Make all payments to:

    Lenka Koloma©

    c/o 24881 Hamlet

    on Laguna Niguel, on California [92677] without US

All Rights Reserved without Prejudice

By: _____ ©

    Lenka Koloma, Private American National, one of the People

**on The United States of America   (1787)    )**
**on The California Republic      (1849)    ) ss.**
**on Orange county            (1920)    )**

On this the _8th_ day of _December_, 2021, I served the Respondent hereto the following enclosed document from Laguna Niguel, California, without US.

*Declarant's Final Notice of Default on her Declaration of Truth and Petition for the Redress of Grievances, along with True Bill in Commerce: 6 pages.*

*Addressed to Respondent at:*

**Shari L. Freidenrich**

I certify under the penalty of perjury under the Laws of The united states of America (1787), without the UNITED STATES, Inc., that the foregoing is true, correct, and complete.

Signed this the _8th_ day of _December_ 2021 C.E. on _Laguna Niguel_ on California.

                                by: _____ ®

                            Lenka Koloma, Private American National

5

## Witnessed:

On the above date below signed witnesses witnessed Declarant signing this document and placing the entire contents of this Declaration (6 pages) into an envelope addressed to above Respondent which had been correctly addressed to Shari L. Freidenrich as above, sealing the envelope and mailing it via USPS Certified mail No. 7021 1970 0001 0587 4192

by _Kimberly A Vilardi_  
Witness 1 Name:

by: _Rae Michael Kelly_  
Witness 2 Name:

by _Toni Carole Montemurro_  
Witness 3 Name:



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County of Orange
Attn: Shari L. Freidenrich
P.O. Box 1438
601 N. Ross St, Bldg 16
Santa Ana, CA 92702

9590 9402 6888 1104 7574 32

2. Article Number (Transfer from service label)
7021 1970 0001 0587 4192

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

MAIL DISP., ORANGE CH COURIER

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
$
Total Postage and Fees
$

Postmark
Here

DEC 10 2021

Postal Annex
23966 Aliso Creek Rd.
Laguna Niguel, CA 92677

Sent To   COUNTY OF ORANGE
Street and Apt. No., or PO Box No.   ATTN: SHARI L FREIDENRICH
PO BOX 1438 / 601 N ROSS ST BLDG 16
City, State, ZIP+4   SANTA ANA CA 92702-1438

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

USPS First Class Mail Flat     $4.15
Track #: 70211970000105874192
Ret Rcpt: 95909402688811047157432

# EXHIBIT F

From:    Rodney A. Schaeffer ©
         Lenka Koloma ©
         c/o 24881 Hamlet Way
         on Laguna Niguel, California [92677] without US


To:      Shari L. Freidenrich, sometimes acting as Treasurer – Tax Collector
         COUNTY of ORANGE
         P.O.Box 1438
         Santa Ana, CA
         City Name, CA 92702-1438


**Notice To Agent(s) Is Notice to Principal(s)**
**Notice To Principal(s) Is Notice to ALL Agent(s)**


## AFFIDAVIT / DECLARATION OF TRUTH


        We, Rodney A. Schaeffer and Lenka Koloma, the undersigned, hereinafter,
Affiants, being Honorable living, naturally born man and woman, American State
Nationals, one of the People, hereby make this Affidavit/Declaration of Truth of our
own free will, and we hereby affirm, declare and swear, under our oath and under the
pains and penalties of perjury under the laws of the United States of America and of
this state, that we are of legal age and of sound mind and hereby attest that the
statements, averments, claims, charges and information contained in this Affidavit are
true and correct to the best of our knowledge and belief. We herein affirm to tell the
truth, the whole truth, and nothing but the truth to the utmost of our ability and the
absolute best of man/woman knowledge, and herein depose and declare on our own
firsthand knowledge, under the Public Laws of The united states of America (1787) --
without the Corporate "UNITED STATES" or any other Corporate or Municipal
powers, that the following facts and declarations are true, correct, complete, and not
designed to be misleading in any way to the very best of my knowledge and belief:

        This Affidavit/Declaration of Truth is lawful notification to you, and is hereby
made and sent to you pursuant to the national Constitution, specifically, the Bill of
Rights, in particular, Amendments I, IV, V, VI, VII, IX and X, and The Bill of Rights

1



of the California Constitution, in particular, Sections 1, 2, 3, 4, 7, 10, 17, 18, 26 and
27, and requires your written rebuttal to us, in kind, specific to each and every point of
the subject matter stated herein, within thirty (30) days, via your own sworn and
notarized affidavit, using true fact, valid law and evidence to support your rebuttal of
the specific subject matter stated in this Affidavit/Declaration. You are hereby noticed
that your failure to respond, as stipulated, and rebut, with particularity and specificity,
anything with which you disagree in this Affidavit/Declaration, is your lawful, legal
and binding tacit agreement with and admission to the fact that everything in this
Affidavit/Declaration is true, correct, legal, lawful, and fully binding upon you in any
court in America, without your protest or objection and that of those who represent
you.

_U.S. v. Tweel_, 550 F. 2d. 297. "Silence can only be equated with fraud where there is
a legal or moral duty to speak or where an inquiry left unanswered would be
intentionally misleading." [Emphasis added.]

1. Any act committed by you, Shari L. Freidenrich, sometimes acting as Orange
   County Treasurer – Tax Collector, either supports and upholds the
   Constitutions, national and state, or opposes and violates them.

2. You have taken an oath to support and uphold the national and state
   Constitutions and are constitutionally mandated to abide by that oath in the
   performance of your official duties.

3. You have no Constitutional authority, or any other form of valid, lawful
   authority, to oppose and violate the very documents to which you swore or
   affirmed your oath and under which you were delegated by the people the
   limited authority to conduct the duties of your office.

4. The above three positions are true, factual, lawful and constitutionally ordained.

However, despite the above-stated factual, lawful positions, your
unconstitutional actions, as described throughout this Affidavit/Declaration of Truth,
clearly demonstrate how you have violated all of the above lawful positions, the
Constitutions, your oath of office, acted against the public good by violating the public
trust and warring against the Constitution. Pursuant to your unlawful and
unconstitutional actions, you have invoked the self-executing Sections 3 & 4 of the
14th Amendment to the national Constitution, thereby have lawfully vacated your
office and forfeited all benefits thereof, including salary and pension. Please note that,
as stated above and below, if you fail to specifically rebut, in kind, any of the charges,

2



1. Our unalienable right to property is inherent, intact, secured and protected under the Constitution, which is the supreme Law of the Land, as declared in Article VI, Clause 2.

   *"All law (rules and practices) which are repugnant to the Constitution are void. No State (Jurisdiction) shall make or enforce any law which shall abrogate the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law." Marbury v. Madison, 5 U.S. 137, 180 (1803)*

   ***"Where rights secured by the Constitution are involved there can be no rule making or legislation which would abrogate them."*** *Miranda v. Arizona, 384 U.S. 436.*

   This inalienable Right to property includes the following property:

   Land and/or dwellings located on:

   > c/o 24881 Hamlet Way
   > on Laguna Niguel, California [92677] without US

   > c/o 82 Las Flores
   > on Aliso Viejo, California [92656] without US

   > c/o 32 Saltaire
   > on Laguna Niguel, California [92677] without US

   > c/o 40 Finca
   > on San Clemente, California [92672]

2. My property is not located in any federal territory or area that has been owned or purchased by the United States government, its franchises or any other municipal and/or territorial entities. My property is part of land grant from the founding fathers to the People and secured under the following Land Patents:

   CACAAA084591

   CACAAA07330501

   CACAAA072977



3

Our property is part of land grant from the founding fathers to the People and secured under the following Land Patents:

CACAAA084591

CACAAA07330501

CACAAA072977

3. Neither the Federal Reserve bankers, nor their debtor, the United States nor any other municipal or territorial entities/franchisees, have any security interest in, or liens or claims against our private property.

4. We attest that this is a true and correct copy of the Declaration of Independence (circa 1776). As per [8 US Code § 1101 (a)(21)] stipulates what a national [American] is being, "a person [man/woman] that owes allegiance to a state". We hereby swear our allegiance to the de jure California state. We also declare that we are affixing our mark (signature) onto the Declaration of Independence as one of the People it is a part of this document in total.

This is NOT to be construed as the corporate STATE OF CALIFORNIA.



DEXTER SUN LYU
Notary Public · California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

11-01-2021

4

# In CONGRESS, July 4, 1776.

## The unanimous Declaration of the thirteen united States of America.



DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

5

5. We are not a fictitious legal entity and we do not operate in commerce. Provided by law, we claim no privileges or immunities provided by Section 1 of the 14th Amendment to the Constitution; not being a citizen, person (corporate entity) nor resident, subject to the jurisdiction thereof. Although we may have been issued a Social Security number and using a STATE OF CALIFORNIA Driver's License as an identifying document, the use of such documents does not imply that we are a "U.S. (federal) citizen" or a municipal "citizen of the United States".

*"The term resident and citizen of the United States is distinguished from a Citizen of the one of the several states, in that the former is a special class of citizen created by Congress." U.S. v. Anthony 24 Fed. 829 (1873)*

6. We have no contract or any other lawful engagement with you, Shari L. Freidenrich, acting sometimes as Treasurer-Tax Collector.

*Supreme Court of the United States 1795: "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interfere only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." US v. Minker, 350 US 179 at 187.*

*Alexander v. Bothsworth, 1915. "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making a valid contracts."*

7. We are not subject to the corporate statutes of the STATE OF CALIFORNIA, since those only apply to commerce. We are protected by the organic Constitution for The united states of America, circa 1787 as amended in 1791 with The Bill of Rights, and the organic 1849 California Constitution.

*HALE v. HENKEL 20 U.S. 43 at 89 (1906), Supreme Court states: "The "individual" may stand upon "his Constitutional Rights" as CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the*

6

*organization of the State", and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights."*

Hale v. Henkel is binding on all the courts of the United States of America until another Supreme Court case says it is not. No other Supreme Court case has ever overturned Hale v. Henkel. None of the various issues of Hale v. Henkel has been overruled since 1906. Hale v. Henkel has been cited by the Federal and State Appellate Court system over 1,600 times. In nearly every instance when a case is cited, it has an impact on precedent authority of the cited case. Compared with other previously decided Supreme Court cases, no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. *"The right of the individuals are restricted only to the extent that they have been voluntary surrendered by the citizenship to the agencies of government."*

8. Therefore, neither we, nor our private property is subject to statutory definitions of COUNTY OF ORANGE, STATE OF CALIFORNIA and of the UNITED STATES.

9. Therefore, neither we, nor our private property is subject to the Uniform Commercial Code or its State-adopted variations.

10. We do not hold any business license or any other contract with the STATE OF CALIFORNIA, COUNTY of ORANGE, municipal nor territorial.

11. Therefore, our private property is not income generating.

12. We have never filed any tax return on our property because our private property is not lawfully subject to taxation, thus, has no tax liability.

13. Therefore, there are no lawful taxes on our private property to be assessed and demanded.

*"No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."*

*"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but, the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."*
*Cooper v. Aaaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)*

DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

11-01-2021

7

16. We are lawful, peaceful settlers on a private land that is secured to us by the Constitution, the Supreme Law of the Land.

Despite the above mentioned facts and truths you have engaged in the following unlawful, unconstitutional and criminal activity:

1. Engaged in fraud by classifying our private property and the sovereign American land as part of a foreign territory. Any land description accepting any public contract that may infringe on the reasonable and necessary rights of relevant landowners, in this case us, is unconstitutional. Land description is accepting infringement on the sovereign rights of the Grantee as a matter of principal under Common Law. Any such infringement of sovereign, unalienable Rights as protected by the Constitution for the united states of America, c. 1787, as amended by the first ten Amendments, known as the Bill of Rights, c. 1791, is declared excluded, null and void.

   *"Fraud vitiates the most solemn contracts, documents and even judgments." U.S. v. Throckmorton, 98 US 61, at pg. 65*

   The "Property Tax Bill" sent by you with highlighted areas of fraud is herein attached in Exhibit "A";

2. Conducted an unlawful search of our private property, since our settlement and recorded property purchase, for your personal, financial, political and social gains. This unlawful search has been conducted without proper due process of law. No lawful warrant has been issued to conduct such search or investigation of our private property.

3. Hired others to trespass on our private property to conduct surveys and create unlawful "income value assessments".

   *"The intruder who enters clothed in robes of authority in broad daylight commits no less invasion of property right than if he sneaks in the night wearing a burglar's mask" Headler v. U.S., 952 F 2d 1364*

4. Unlawfully classified our private property without our consent as "income generating business" for your and/or other entities' personal financial, political and social gains. Below is language demonstrating how private properties are fraudulently converted by the state into "income generating businesses", when the private property is not an "income generating property". To define it as such is fraud.

DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023



11-01-2021

8

**"BOARD OF EQUALIZATION PROPERTY TAX RULES**

Division 1. State Board of Equalization-Property Tax
Chapter 1. Valuation Principles and Procedures

Rule 8 The Income Approach to Value
Authority: Section 15606, Government Code.
Reference: Sections 110 and 401, Revenue and Taxation Code.

(a) The income approach to value is used in conjunction with other approaches when the property under appraisal is typically purchased in anticipation of a money income and either has an established income stream or can be attributed a real or hypothetical income stream by comparison with other properties. It is the preferred approach for the appraisal of land when reliable sales data for comparable properties are not available. It is the preferred approach for the appraisal of improved real properties and personal properties when reliable sales data are not available and the cost approaches are unreliable because the reproducible property has suffered considerable physical depreciation, functional obsolescence or economic obsolescence, is a substantial over-or under-improvement, is misplaced, or is subject to legal restrictions on income that are unrelated to cost.

(b) Using the income approach, an appraiser values an income property by computing the present worth of a future income stream. This present worth depends upon the size, shape, and duration of the estimated stream and upon the capitalization rate at which future income is discounted to its present worth. Ideally, the income stream is divided into annual segments and the present worth of the total income stream is the algebraic sum (negative items subtracted from positive items) of the present worths of the several segments. In practical application, the stream is usually either"

https://www.boe.ca.gov/proptaxes/pdf/rules/Rule8.pdf

5. Engaged in mail fraud to extort money from us. A copy of the "Property Tax Bill" mailing from you is attached in Exhibit "B" herein;



6. In your capacity as Treasurer – Tax Collector, pursuant to your oath, you have no lawful, constitutional authority, or any other form of valid authority, to do any of the following:

(a) Assess, demand and collect a tax on our private property;

(b) Trespass upon our right to private property;

(c) Trespass upon our right to be secure in our private property;

(d) Forge the identity of our private property for personal financial, political and social gains;

(e) Send and/or assign other people, acting under your orders, to trespass upon our private property;

(f) Investigate us, without lawful proof of probable cause, on the suspect basis of unlawful conduct;

(g) Conduct an invalid, unlawful investigation of us, absent proper constitutionally compliant due process of law;

(h) Subject us to any kind of intimidation or coercion;

(i) Intimidate or coerce us under color of law which opposes due process and other rights guaranteed to us in the Constitutions, national and state, as was done to us by you for over twenty years;

(j) Engage in racketeering by following mandates from California State Board of Equalization ("BOE"), which mandates are unconstitutional and you have no authority, pursuant to your oath, to enforce unconstitutional positions, assessments, taxes and collections.

https://www.boe.ca.gov/proptaxes/prop-tax-rules.htm

"The BOE is mandated to prescribe rules and regulations to govern local boards of equalization when equalizing and county assessors when assessing in compliance with the rulemaking procedures adopted by the California Office of Administrative Law. Pursuant to that mandate, the BOE has adopted various Property Tax Rules."

Mandates and rules are not the law. The Constitution is the supreme Law of the Land as declared in Article VI, Clause 2;

"It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions." Williamson v. U.S. Department of Agriculture, 815 F .2d. 369, ACLU Foundation v. Barr.

(k) The American People, the established sovereigns in this Republic after the victory achieved during the Revolutionary War, became complete owners in their land, beholden to no lord or superior; sovereign freeholders in the land themselves.

10



their land, beholden to no lord or superior; sovereign freeholders in the land themselves. Despite this fact, you, Shari L. Freidenrich, have been engaging in conspiracy to rob the American People dwelling on California of their unalienable God given Right to own land, protected from unwarranted intrusions, unconstitutional taxation and/or attempted takings of their land by rogue corporate employees masquerading as government.

(l) However, despite your lack of constitutional authority, you unlawfully committed all of the above stated unconstitutional violations against us and our private property, thereby perjured your oath;

When you, pursuant to your oath, uphold unconstitutional orders, issued by unconstitutional entities, you perjure your oath, violate the Constitutions, violate our inherent, unalienable rights, violate due process of law and are personally responsible and liable for your actions, because, in part, you have stepped outside the lawful scope of your limited, delegated duties and authority, usurped authority not possessed, and act as a renegade. No one, including you, is required to obey an unconstitutional order, whether in the form of a code, statute, an executive order, guideline, policy or suggestion, as you have done.

Any act by any legislature either supports and upholds the Constitutions, or opposes and violates them. The state rules under which private property is fraudulently converted into "income generating business" is unlawful in that it violates the national Constitution. Either the Constitution is the Supreme Law of the Land, as declared therein in Article VI, or the entire governmental structures of this state and nation are complete, total frauds. Fraud is not a constitutionally authorized activity; therefore, since these state rules cited herein are fraudulent and unconstitutional, they are lawfully null and void.

There is no circumstance or condition that can lawfully create rules and commit actions which violate the Constitutionally-secured rights and due process guaranteed to the American People, in the instant case, us, as the state has done with its taxing rules. When you follow those unconstitutional rules and actions, your actions are unconstitutional, thus, without lawful force and effect upon us and all Californians. Those who oppose and violate our Constitution are enemies of this Republic and of the people. Thomas Jefferson warned us to oppose all enemies of this Republic, both foreign and domestic, and your unconstitutional actions clearly prove that you are a domestic enemy, as you are enforcing unconstitutional rules, by and through your unlawful actions upon us.

America is a Constitutional Republic, as is California, and the Constitution is the declared Supreme Law of this Land, including California. Any "law", statute,



DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

11-01-2021

code, regulation, rule or policy, which opposes and violates the Constitution in any way, whatsoever, is lawfully null and void, as plainly held in *Marbury vs. Madison,* (1803), previously cited above.  Government in any form, and those who act for government, such as you, have no Constitutional authority, whatsoever, to cause any harm in any way to any American People, in the instant case, to us. Vladimir Lenin called those who carried out his evil, murderous, communist policies "useful idiots". Those agencies of government, such as this one, and those who work for those agencies, in the immediate case, you, who carry out and enforce unlawful, unconstitutional, fraudulent and harmful policies against the people, are the American "useful idiots" of whom Lenin spoke.

Any act or action by government and its officers and employees, in the instant case, you, is either constitutionally compliant, specific to The Bill of Rights, thus, lawful, or it is not; thus, unlawful. You have no lawful authority whatsoever delegated by the national Constitution to place a tax on our private property. The right of the people, in the instant case, us, to be secure in their persons, houses, papers and affects against unreasonable seizures shall not be violated as guaranteed in the Fourth Amendment. An unconstitutional tax on our private property is a seizure against us, our private property, our affects and our funds, and since a tax on private property is unconstitutional, this tax is not "reasonable".

Our private property is our right and our rights cannot be taxed under any circumstances. The American people are constitutionally guaranteed in the Fifth Amendment these rights to life, liberty and property, which cannot be taken from them without due process of law. You and previous tax collectors have fraudulently and unconstitutionally infringed upon our private property, which property is our right, by collecting taxes on our private property which is prohibited by the Constitution, since a right guaranteed in the Constitution cannot lawfully be taxed. As cited above, *Miranda* held: "Where rights secured in the Constitution are involved, there can be no rule making or legislation which would abrogate them."

Your actions in taxing our private property, our right, constitute extortion of our funds, and are done without lawful constitutional authority, thus are invalid, without any lawful force and effect whatsoever. Further, your actions are not only unconstitutional, but criminal and fraudulent and none of these actions, including extortion, are authorized in the Constitution, thus, they are prohibited by the Constitution.

Lawful notification has been provided to you stating that if you do not rebut the statements, charges, claims and averments made in this Affidavit/Declaration, then, you tacitly agree with and admit to them.  Pursuant to that lawful notification, if you disagree with anything stated under oath in this Affidavit/Declaration of Truth, then

12

DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

rebut, in kind, to us that with which you disagree, with particularity, within thirty (30) days of receipt thereof, by means of your own written, sworn notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of The united states of America and this California state.

An un-rebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you.

Affiant further sayeth naught.

All Rights Reserved,

By: _____
Rodney A. Schaeffer, sui juris
Affiant / Declarant, American State National
one of the People, Without Prejudice UCC 1-308

By: _____
Lenka Koloma, sui juris
Affiant / Declarant, American State National
one of the People, Without Prejudice UCC 1-308

Date: _November 1st_, 2021

Total number of pages (Exhibits included): 22

**ENCLOSURES**

1. **EXHIBIT A** - PROPERTY TAX BILLS (4 pages)

2. **EXHIBIT B** - PROPERTY TAX BILL MAILINGS (4 pages)

13



DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

11-01-2021

## CALIFORNIA NOTARY ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the
> individual who signed the document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

State of California

County of _ORANGE_

On _11/01/2021_ before me, _DEXTER SUN LYU_, _NOTARY PUBLIC_ (name and title of
officer), personally

appeared _Lenka Koloma_____, who proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that she/she/they executed the same in
his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

DEXTER SUN LYU
Notary Public - California
Orange County
Commission # 2288727
My Comm. Expires May 16, 2023

14

**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

**DID YOU KNOW?**

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminder.

Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

**2021-22 SECURED PROPERTY TAX BILL**

For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
007983 l-0075834 S1MT—  344058 OCT013
#BWNLBHV ******AUTO**SCH 5-DIGIT 92677
#6905 9233 2021 4#

SCHAEFFER, RODNEY A TR
24881 HAMLET WAY
LAGUNA NIGUEL CA 92677-6023

PROPERTY LOCATION

40 FINCA SAN CLEMENTE

OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021

SCHAEFFER, RODNEY A TR

ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| LAND | 428,267 | |
| IMPROVEMENTS - BUILDING | 208,214 | |
| TOTAL VALUES: | 636,481 | 6,454.56 |
| TOTAL NET TAXABLE VALUE: | 636,481 | 6,454.56 |

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TOTAL TAX DUE BY 12/10/21 |
|---|---|---|---|---|---|---|
| 690-592-33 | 10-015 | $3,227.28 | + | $3,227.28 | = | $6,454.56 |

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 10 |
|---|---|---|
| 690-592-33 | DECEMBER 10, 2021 | $6,454.56 |

ASSESSEE:

SCHAEFFER, RODNEY A TR

Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**ORANGE COUNTY 2021-22 PROPERTY TAX**

Pay taxes online by eCheck or by credit card

eCheck   ELECTRONIC CHECK   No Cost

DISC_VER   VISA - 2.29% Fee Min

Scan the code to view and pay your specific parcel online   octreasurer.com/octaxbill

**DUE NOV 1, 2021** **1**

**$3,227.28**

AMOUNT DUE AFTER 12/10/21 (INCLUDES 10% PENALTY)   $3,550.00

016905923300002202101121021000032272806302200003550000000000000000000b

*Handwritten annotations:*

ERRORS:

) I am not a fictitious legal/corporate entity "RODNEY A. SCHAEFFER" "SCHAEFFER, RODNEY A"

) My private property "40 Finca on San Clemente" is not located in federal territory; nor any other municipal or territorial entities have any lawful interest in, liens or claims. My private property is secured under Land Patent.

) Mail fraud

) Trespass, forgery & security fraud

) Fraud & forgery by labeling my private property

) Unlawful taxation & money extortion







